**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LOCAL 513, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, RICHARD D. DICKENS, LOCAL UNION 513 PENSION FUND, LOCAL UNION 5313 HEALTH AND WELFARE FUND, LOCAL UNION 513 SUPPLEMENTAL VACATION FUND, LOCAL UNION 513 ANNUITY FUND, LOCAL UNION 513 JOINT APPRENTICESHIP TRAINING FUND, and RICHARD D. DICKENS, IN HIS CAPACITY AS CHAIRMAN OF THE BOARD OF TRUSTEES OF SAID FUNDS,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARROW TRENCHING,<br><br>    Defendant. | No. 4:09-CV-391 CAS |

## DEFAULT JUDGMENT

This matter is before the Court on the Motion for Default Judgment of Plaintiffs, Local 513, International Union of Operating Engineers, AFL-CIO, et al., against Defendant Arrow Trenching. Based on Plaintiffs' submissions, and upon review of the records of the Court, it is hereby determined that entry of Default Judgment is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**. [Doc. 6]

**IT IS FURTHER ORDERED** that Plaintiffs are awarded the sum of One Hundred Ninety-Two Thousand Eight Hundred Seventy Dollars and Eighteen Cents ($192,870.18) in delinquent contributions.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded the sum of Thirty-Eight Thousand Five Hundred Seventy-Four Dollars and Four Cents ($38,574.04) in liquidated damages.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded the sum of Twelve Thousand Five Hundred Seventy-Three Dollars and Ninety-Six Cents ($12,573.96) in interest.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded Three Hundred Fifty Dollars ($350.00) for costs, representing the filing fee.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded One Thousand Eight Hundred Dollars ($1,800.00) in attorneys' fees.

Default Judgment is therefore entered for Plaintiffs and against Defendant in the total amount of Two Hundred Forty-Six Thousand One Hundred Sixty-Eight Dollars and Eighteen Cents ($246,168.18).

**IT IS SO ORDERED**.

                                               **CHARLES A. SHAW**
                                               **UNITED STATES DISTRICT JUDGE**

Dated this __6th__ day of May, 2009.